UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 15 CR 399-3 |
| v. | ) | |
| | ) | Honorable Manish S. Shah |
| WALTER VALI | ) | Judge Presiding |

**O R D E R**

By agreement of the parties, the Court hereby modifies the Order Setting Conditions of Release as follows:

1. Defendant WALTER VALI shall be permitted to travel to Pakistan from October 28, 2018 until November 11, 2018.

2. Defendant WALTER VALI shall execute an unsecured bond binding him to pay the United States the sum of $100,000 in the event of his failure to appear as required.

3. Raymond Olson, as surety, agrees that he will be liable to the United States for the $100,000 bond amount if defendant WALTER VALI fails to appear as required.

4. Raymond Olson shall post $40,000 in cash as security for such bond, in the form of a cashier's check payable to the Clerk, U.S. District Court.

5. Upon payment of such cash to the Clerk's Office, Pretrial Services shall be authorized to return defendant WALTER VALI's passport to him, but no earlier than October 26, 2018. Defendant WALTER VALI shall return his passport to Pretrial Services no later than forty-eight hours after his return to Chicago, Illinois.

6. Upon defendant WALTER VALI's return of his passport to Pretrial Services, the Clerk's Office shall be authorized to return to Raymond Olson the $40,000 cash posted as security.

 

_____
MANISH S. SHAH
United States District Judge

Date: September 25, 2018