# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

                                        Plaintiff,

v.                                                                    Case No.: 1:15−cr−00399
                                                                   Honorable Manish S. Shah

Walter Vali, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 4, 2018:

      MINUTE entry before the Honorable Manish S. Shah: as to Walter Vali (3). Defendant's motion to reset [461] sentencing is granted in part. The sentencing remains set for 1/17/19 at 1:30 p.m. However the schedule for the sentencing memoranda is modified as follows: Sentencing memoranda with objections to the presentence report and discussing 18 U.S.C. § 3553(a) factors must be filed (in one combined filing per side) by 1/3/19. Any responses must be filed by 1/10/19. Failure to file the memoranda by that deadline risks waiver of any objections to the presentence report. No appearance on the motion is necessary. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.